UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>IAN PALMER AND BONNIE PALMER,<br><br>　　　　　　　　Defendants. | NO:  CV-12-12-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80141-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CASE |

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss, ECF No. 109.  The parties stipulate that Plaintiff and Ian Palmer and Bonnie Palmer entered into a settlement agreement and, pursuant to that agreement, these Defendants shall be dismissed with prejudice.

ORDER GRANTING STIPULATED MOTION TO DISMISS CASE ~ 1

Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 109**, is **GRANTED**.

2. Defendants Ian Palmer and Bonnie Palmer are hereby dismissed as defendants in this case, with prejudice, and with each party to bear its own attorneys' fees and costs.

The District Court Clerk is directed to enter this Order and provide copies of to counsel and to pro se Defendants Ian Palmer and Bonnie Palmer, and **close this case**.

**DATED** this 9th day of May 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS CASE ~ 2